HUNT v. STATE. (No. 7270.) . (Court of Criminal Appeals of Texas. Oct. 25, 1922.) Appeal from District Court, Cass County; Hugh Carney, Judge. Albert Hunt was convicted of the unlawful sale of intoxicating liquor, and he appeals. Affirmed. Newland & Newland, of Linden, for appellant. R. G. Storey, Asst. Atty. Gen., for the State.

MORROW, P. J. The conviction is for the unlawful sale of intoxicating liquor; punishment is fixed at confinement in the state penitentiary for a period of 2 years. We find no bill of exceptions nor statement of facts in the record, nor have we discovered any fundamental error. The judgment is affirmed.

---

KNIGHT v. STATE. (No. 7309.) (Court of Criminal Appeals of Texas. Oct. 18, 1922.) Appeal from District Court, Sabine County; V. H. Stark, Judge. C. A. Knight was convicted of forgery, and he appeals. Affirmed. R. G. Storey, Asst. Atty. Gen., for the State.

MORROW, P. J. The conviction is for forgery; punishment fixed at confinement in the penitentiary for a period of 2 years. No fundamental errors are discerned. The facts are not before us, and no bills of exception are found in the record. The judgment is affirmed.

---

LOAN v. STATE. (No. 7342.) (Court of Criminal Appeals of Texas. Oct. 18, 1922.) Appeal from District Court, Palo Pinto County; J. B. Keith, Judge. A. L. Loan was convicted of theft, and he appeals. Affirmed. R. G. Storey, Asst. Atty. Gen., for the State.

MORROW, P. J. Appellant was charged by indictment with theft of an automobile above the value of $50; punishment fixed at confinement in the penitentiary for a period of 5 years. We discern no irregularity in the indictment, and find no statement of facts or bills of exception in the record. The judgment is affirmed.

---

LUMMUS v. STATE. (No. 7271.) (Court of Criminal Appeals of Texas. Oct. 18, 1922.) Appeal from District Court, Cass County; Hugh Carney, Judge. Herman Lummus was convicted of the unlawful sale of intoxicating liquor, and he appeals. Affirmed. R. G. Storey, Asst. Atty. Gen., for the State.

MORROW, P. J. The conviction is for the unlawful sale of intoxicating liquor; punishment fixed at confinement in the penitentiary for a period of 2 years. No statement of facts is furnished, and no bills of exception presented, and we discern no fundamental flaws in the procedure. The judgment is affirmed.

---

Ex parte RANSON. (No. 7427.) (Court of Criminal Appeals of Texas. Oct. 11, 1922.) Appeal from District Court, Eastland County; Geo. L. Davenport, Judge. Ed Ranson was indicted for robbery with firearms. From an order denying bail, he appeals. Reversed, and relator ordered discharged, pending trial, on $5,000 bail. Fred C. Pearce and J. Lee Cearley, both of Cisco, for appellant. R. G. Storey, Asst. Atty. Gen., for the State.

MORROW, P. J. This appeal is from an order of the district judge denying bail. Relator is under indictment for the offense of robbery with firearms. This is a capital offense, but the evidence. is not such as to impress us with the belief that it comes within the rule construing the term "proof evident," contained in the Constitution. In view of a trial upon the merits, we deem it inexpedient to review the evidence. The Assistant Attorney General concedes that the case is one in which bail should be granted. The judgment denying bail is reversed, and the relator is ordered discharged, pending his trial, upon giving bail in the terms of the law in the sum of $5,000.

---

TRAIL v. STATE. (No. 7131.) (Court of Criminal Appeals of Texas. Oct. 18, 1922.) Appeal from District Court, Jasper County; V. H. Stark, Judge. Wallace Trail was convicted of assault with intent to rape, and appeals. Affirmed. R. G. Storey, Asst. Atty. Gen., for the State.

HAWKINS, J. Upon an indictment charging assault with intent to rape, conviction was had, with the punishment assessed at 5 years confinement in the penitentiary. No statement of facts or bills of exception accompany the record. The judgment is affirmed.

---

UPTON v. STATE. (No. 7359.) (Court of Criminal Appeals of Texas. Oct. 11, 1922.) Appeal from District Court, Donley County; Henry S. Bishop, Judge. Houston Upton was convicted of murder, and he appeals. Appeal dismissed. R. G. Storey, Asst. Atty. Gen., for the State.

MORROW, P. J. Appellant appealed from a conviction for murder; his punishment being fixed at confinement in the penitentiary for a period of not less than 5 nor more than 99 years. Upon his request in writing, duly verified, the appeal is dismissed.

---

WASHINGTON v. STATE. (No. 7301.) (Court of Criminal Appeals of Texas. Oct. 18, 1922.) Appeal from Criminal District Court, Harris County; C. W. Robinson, Judge. M. H. Washington was convicted of robbery with firearms, and he appeals. Affirmed. R. G. Storey, Asst. Atty. Gen., for the State.

LATTIMORE, J. Frank Wilson and M. H. Washington were tried jointly in the criminal district court of Harris county, and each given a punishment of five years in the penitentiary, for robbery with firearms. Washington alone appeals. The record is before us without any statement of facts or bills of exception. The indictment is in correct form, and the charge correctly presented the law to the jury. No fundamental errors appearing, the judgment of the trial court is affirmed.